UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA EARL BECK, | ) | 1:06-CV-00760 AWI SMS HC |
|         Petitioner, | ) ) | |
| v. | ) ) | FINDINGS AND RECOMMENDATION |
| MIKE EVANS, Warden, | ) ) | |
|         Respondent. | ) ) | |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On January 24, 2006, Petitioner filed a federal petition for writ of habeas corpus in this Court. See Beck v. Evans, Case No. 1:06-CV-00074 AWI LJO HC. On June 15, 2006, Petitioner filed the instant second federal petition for writ of habeas corpus in this Court.

     The Court has reviewed both of the pending federal petitions listed above and finds that the petitions to be duplicative; both petitions challenge the same 2003 conviction and sentence in the Stanislaus County Superior Court. In light of the duplicative nature of the petitions, the Court finds that the instant action should be dismissed.

**RECOMMENDATION**

Accordingly, the Court RECOMMENDS that the Petition for Writ of Habeas Corpus be DISMISSED as duplicative.

This Findings and Recommendation is submitted to the Honorable Anthony W. Ishii, United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   June 26, 2006**                    **/s/ Sandra M. Snyder**
icido3                                                      UNITED STATES MAGISTRATE JUDGE