UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA EARL BECK, ) | 1:06-CV-00760 AWI SMS HC |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| ) | [Doc. #3] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| MIKE EVANS, Warden, ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 26, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED as duplicative. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings

1  and Recommendation is supported by the record and proper analysis.
2         Accordingly, IT IS HEREBY ORDERED that:
3         1. The Findings and Recommendation issued June 26, 2006, is ADOPTED IN FULL;
4         2. The petition for writ of habeas corpus is DISMISSED; and
5         3. The Clerk of the Court is DIRECTED to enter judgment.
6
7  IT IS SO ORDERED.
8  **Dated:    September 12, 2006**              /s/ Anthony W. Ishii
   0m8i78                                        UNITED STATES DISTRICT JUDGE